UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

OCTAVIOUS ALLEN-NAPIER

Crim. No.

2:20-cr-50-1

## INDICTMENT

The Grand Jury charges:

### Count One

On or about the May 18, 2018, in the District of Vermont, the defendant, OCTAVIOUS ALLEN-NAPIER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, knowingly possessed in and affecting commerce a firearm, that is a Ruger .380 handgun, as well as ammunition.

(18 U.S.C. § 922(g)(1) and 924(a)(2))

## Count Two

On or about the May 18, 2018, in the District of Vermont, the defendant, OCTAVIOUS ALLEN-NAPIER, knowingly possessed a firearm, that is a Ruger .380 handgun, which had the manufacturer's serial number removed, obliterated, and altered and had been shipped and transported in interstate commerce, knowing that the serial number had been removed, obliterated, and altered.

(18 U.S.C. § 922(k) and 924(a)(1))

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON

_/s/ (by MPD)_
CHRISTINA NOLAN
United States Attorney
Burlington, Vermont
May 21, 2020